No. 1010. The People, Appellee, *v.* Morales et al., Appellants.—Breach of peace.　San Juan, Section 2.　May 25, 1916.　Judgment affirmed.

---

No. 1503. Vázquez, Appellant, *v.* Succession of Polanco, Appellee.—Action of debt.　Humacao.　May 25, 1916.　Appeal dismissed.

---

No. 1004. The People, Appellee, *v.* Velasco, Appellant.—Violation of the Law of Weights and Measures. Ponce.　May 26, 1916.　Judgment affirmed.